IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
2:13 cr 16-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| ROBERT WILLIE BUMGARNER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion for Discovery (#67) filed by counsel for Defendant. At the call of this matter, it appeared that counsel for Defendant, Brad H. Ferguson, was present and Assistant United States Attorney Richard Edwards was present on behalf of the Government. At the call of the matter on for hearing, Mr. Ferguson advised the Court that he wished to withdraw the Motion for Discovery without prejudice. The Government had no objection.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Discovery (#67) is hereby considered to be **WITHDRAWN** and rendered **MOOT** without prejudice.

Signed: November 26, 2013

Dennis L. Howell
United States Magistrate Judge